**Theodore JUSTICE, Plaintiff—Appellant,**

**v.**

**The State of NORTH CAROLINA; Franklin County; Town of Louisburg; Robert H. Hobgood, Honorable Chief Judge, Defendants–Appellees.**

**No. 15–1315.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 19, 2015.

Decided: May 21, 2015.

Theodore Justice, Appellant Pro Se.

Before NIEMEYER and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Theodore Justice seeks to appeal the magistrate judge's order denying leave to proceed in forma pauperis.\* This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28

pending in the district court.

U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Justice seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See* 28 U.S.C. § 636(b)(1) (2012); Fed.R.Civ.P. 72(a). Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*